CITY OF BARRON and another, Appellants, vs. INDUSTRIAL COMMISSION OF WISCONSIN and others, Respondents.

*December 11, 1925—January 12, 1926.*

*Appeal and error: Affirmance by divided court.*

Where the Justices of this court are equally divided in opinion on the question involved in an appeal, the judgment appealed from will be affirmed.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

For the appellants there was a brief by *uarles, Spence & Quarles,* attorneys, and *Arthur B. Doe* and *Kenneth P.*

*Grubb,* of counsel, all of Milwaukee, and oral argument by *Mr. Doe.*

For the respondent *Industrial Commission* there was a brief by the *Attorney General* and *Mortimer Levitan* and *Suel O. Arnold,* assistant attorneys general, and oral argument by *Mr. Arnold.*

For the respondent *Barron Woolen Mill Company* there was a brief by *Charles A. Taylor* of Barron.

PER CURIAM. This is an appeal from a judgment of the circuit court for Dane county confirming the award of the *Industrial Commission* in favor of the defendant *Warren Taft* and against the plaintiffs. Upon consideration of the case here, the Chief Justice deeming himself disqualified, the remaining six members are equally divided in opinion as to whether the judgment should be affirmed or reversed. Under the rule, this situation results in an affirmance of the judgment.

Judgment appealed from is affirmed.